IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHALMO ROBLES,

           Petitioner,                No. CIV S-10-3398 GGH P

    vs.

MATTHEW CATE,

           Respondents.         ORDER

_____/

        Defendant's motion to dismiss presently is calendared for hearing on August 18, 2011.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion.  See E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The August 18, 2011 hearing on the motion to dismiss is vacated; and

        2. The motion is submitted on the record.

DATED: August 9, 2011

                      /s/ Gregory G. Hollows
                      UNITED STATES MAGISTRATE JUDGE

GGH: AB
roble3398.ord

1